Drohan Lee

Erika M. Calderon
T: (212) 710-0011
ecalderon@dlkny.com

*Admitted in New York
New Jersey

October 21, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Littman Krooks LLP et al v. N.Y.C. Dep't. of Educ.*, 25-cv-07740 (PAE)

Dear Judge Engelmayer:

      We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

      Defendant respectfully requests a 120-day stay of this matter until February 25, 2026, and an extension of time to respond to the Complaint for the duration of the stay from October 28, 2025 to February 25, 2026. This is Defendant's first request for both a stay and an extension. Plaintiffs consent to these requests. A 120-day stay, if granted, will allow the undersigned to complete the internal review process for all 17 matters—it typically takes upwards of 90 days for a *single* matter to be resolved—by analyzing the billing records together with the underlying administrative records, engaging in settlement negotiations, and working toward a resolution.

      We note that all prior multi-case fee actions filed by the Littman Krooks firm have been successfully resolved through settlement and we remain optimistic that this matter can likewise be resolved without the Court's intervention. We further note that 95% of the IDEA claims commenced against Defendant settle without the need to burden the Court with any motion practice or conferences and often without the need to file a response to the complaint. The parties are optimistic they will be able to fully resolve this matter through settlement without further intervention from the Court.

      Accordingly, the parties respectfully request a 120-day stay of this matter, through February 25, 2026, to facilitate settlement discussions. The parties propose submitting a joint status letter on that date to update the Court on the progress of settlement and to propose next steps, if any are necessary.

      [Remainder of page intentionally left blank]

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001  main: (212) 710-0000  www.dlkny.com

 Drohan Lee

Thank you for considering these requests.

Respectfully Submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: Arshi Pal, Esq. (*via* ECF)

GRANTED.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: October 22, 2025
New York, New York