Drohan Lee

Erika M. Calderon
T: (212) 710-0011
ecalderon@dlkny.com

*Admitted in New York
New Jersey

March 25, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Littman Krooks LLP et al v. N.Y.C. Dep't. of Educ.,* 25-cv-07740 (PAE)

Dear Judge Engelmayer:

      We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

      By prior letter, Defendant requested—and the Court granted—a 120-day stay through February 25, 2026, to permit Defendant to complete its internal review of the 17 underlying matters and engage in settlement discussions. Defendant appreciates the Court's consideration. On February 25, 2026, Defendant submitted a further request for an extension (ECF No. 12), which remains pending before the Court. This is the Defendant's third request for an extension.

      Accordingly, Defendant, with Plaintiffs' consent, respectfully requests a further 30-day extension of the stay. Since our last submission (ECF No. 12), Defendant has finalized its review of the underlying administrative and billing records, and the parties have commenced settlement negotiations and are actively working toward a resolution. In light of these developments, Defendant respectfully submits that a brief extension will allow the parties to engage in further settlement discussions and potentially resolve this matter without burdening the Court.

      Thank you for considering this request.

                Respectfully submitted,

                By: */s/ Erika M. Calderon*
                Erika M. Calderon, Esq.

cc: Arshi Pal, Esq. (*via* ECF)

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001   main: (212) 710-0000   www.dlkny.com

GRANTED. The Clerk of Court is respectfully directed to terminate the motion pending at docket 12. The parties are directed to file a joint status update on the docket by **April 27, 2026**.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Date:  March 26, 2026
New York, New York