UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LITTMAN KROOPS LLP *et al.*,

Plaintiffs,

-v-

NYC DEP'T OF EDUCATION *et al.*,

Defendants.

25 Civ. 7740 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This morning, the Court adjourned the initial pretrial conference to July 29, 2026 at 10 a.m., due to an unavoidable conflict. The Court has since had to reschedule a sentencing to take place at that time. Accordingly, the Court adjourns this conference to **July 29, 2026 at 4 p.m**. The Court apologizes for any inconvenience caused by these scheduling changes.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 24, 2026
New York, New York