UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LITTMAN KROOPS LLP *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>NYC DEP'T OF EDUCATION *et al.*,<br><br>Defendants. | 25 Civ. 7740 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Yesterday, the Court held an initial pretrial conference in this case. The Court ordered that, if this matter has not been settled by August 26, 2026, plaintiff is directed to file a letter on the docket by that date stating the legal basis for joinder of the 17 plaintiffs in this case. Defendant is directed to file its response by September 4, 2026. Based on those submissions, the Court will issue an order as to next steps.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: July 30, 2026
New York, New York